IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI - WESTERN DIVISION

**UNITED STATES OF AMERICA,**

VS.                                                  **CRIMINAL NO: 2:09CR106-SA-DAS**

**LANORA MANNING**

## ORDER GRANTING ADMISSION OF COUNSEL PRO HAC VICE

This matter comes before the court upon the motion of the Defendant for admission of counsel pro hac vice. Upon due consideration, the court finds that the motion is well-taken and should be granted. Accordingly, it is **ORDERED** that Charles E. Waldman is hereby admitted as counsel *pro hac vice* on behalf of the defendant.

**IT IS FURTHER ORDERED** that counsel shall pay the admission fee and register with the Clerk as a user of the court's electronic filing system on or before October 12, 2009. Attorneys may register electronically by accessing the attorney registration site at www.msnd.uscourts.gov/ecf or, alternatively, by printing, executing and mailing or hand-delivering to the Clerk of this court the Attorney Registration Form attached as Form 1 to the *Administrative Procedures for Electronic Case Filing* in the United States District Court for the Northern District of Mississippi.

This, the 1st day of October 2009.

                                                           /s/ David A. Sanders
                                                           UNITED STATES MAGISTRATE JUDGE